United States District Court
Southern District of Texas
**ENTERED**
March 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YERACHMIEL CAGEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-04125 |
| | § | |
| CECILE YOUNG, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE ITS MOTION TO DISMISS PLAINTIFF'S ORIGINAL VERIFIRED COMPALINT OUT OF TIME

After reviewing defendant's unopposed motion to file defendant's motion to dismiss the plaintiff's Original Verified Complaint out of time (Dkt. No. 16), and finding good cause presented, the Court GRANTS the motion. The defendant is granted leave to file its motion to dismiss on March 14, 2022.

It is SO ORDERED.

SIGNED on March 25, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge